UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN A. SEPULVEDA, ) | Case No. CV 11-7680-MMM (MLG) |
| Petitioner, ) | |
| ) | ORDER ACCEPTING FINDINGS AND |
| v. ) | RECOMMENDATIONS OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| LELAND MCEWEN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: December 30, 2011

_____
Margaret M. Morrow
United States District Judge