JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN A. SEPULVEDA, | ) Case No. CV 11-7680-MMM (MLG) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| LELAND MCEWEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 30, 2011

_____
Margaret M. Morrow
United States District Judge